UNITED STATES of America,
Appellee,

v.

Nathan J. JARVIS, Appellant.

No. 99–4143.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 7, 2001.

Filed Sept. 17, 2001.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

Before MURPHY, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

PER CURIAM.

Nathan J. Jarvis pleaded guilty to distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and the district court[1] sentenced him to 108 months imprisonment and 5 years supervised release. On appeal, Jarvis's counsel has filed a brief—arguing that the court should have granted Jarvis a downward departure—and has moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jarvis has not filed a pro se supplemental brief.

As counsel acknowledges, because the district court was aware of its authority to grant a downward departure, its discretionary decision not to depart is unreviewable. *See United States v. Lim*, 235 F.3d 382, 385 (8th Cir.2000). After reviewing the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102

---

1. The Honorable William G. Cambridge, United States District Judge for the District of Nebraska, now retired.

L.Ed.2d 300 (1988), we have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.